FILED

02/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0605

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0605

_____

BOARD OF REGENTS OF HIGHER
EDUCATION OF THE STATE OF MONTANA,

       Petitioner and Appellee,

v.

THE STATE OF MONTANA, BY AND
THROUGH AUSTIN KNUDSEN, IN HIS
OFFICIAL CAPACITY AS ATTORNEY
GENERAL OF THE STATE OF MONTANA,

       Respondent and Appellant.

                           O R D E R

_____

       This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the amicus curiae brief of Western Montana Fish & Game Association, Inc., electronically filed on February 17, 2022, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

       M. R. App. P. 11(2) requires that proportionately-spaced typeface be 14 points or more. Western Montana Fish & Game Association, Inc.'s certificate of compliance states that the amicus brief uses 13-point typeface. Therefore,

       IT IS ORDERED that the referenced brief is rejected.

       IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Amicus shall electronically file with the Clerk of this Court this brief containing the revisions necessary to comply with the specified Rule and that Amicus shall serve copies of the revised brief on all parties of record;

       IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

The Clerk is directed to provide a true copy of this Order to Amicus and to all parties of record.

2

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
February 18 2022